List of Defendants

And all others/elt

Monroe Twp. Police Dept
125 Virgina Ave Williamstown Nj 08094

Daniel W Garlic
342 Quaker Rd Lawnside NJ 08045

Senator Fred Madden Jr
129 Johnson Rd  Suite 1 Turnersville NJ 08012
NJ08028

Loretta Ferrell C / Acenda
42 Delsea Dr S. Glassboro

Melissa Strayhan  Co/ Madden office
129 Johnson Rd Turnersville NJ 08012

Psychiatrist to be named that
That committed me  Identity
Unknown as of Now

Acenda  Mental Health
42 Delsea Dr S. Glassboro Nj 08028

James Reed
Co / Acenda  mental health
42 Delsea Dr s.Glassboro NJ 08028

RECEIVED

MAY 2 2 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

Sandra Hackley Co/ Acenda Mental health
42 Delsea Dr S Glassboro NJ 08028

Jefferson hospital  Legal Dept
1101 Market St Jefferson Tower, Suite 2400
Philadelphia Pa19107

Shelley Ruch
CO/ Jefferson Health Legal dept



# State of New Jersey

DEPARTMENT OF THE TREASURY
DIVISION OF RISK MANAGEMENT
P. O. BOX 620
TRENTON, NEW JERSEY 08625-0620
TELEPHONE: (609) 292-1850
FACSIMILE: (609) 292-2437

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

ELIZABETH MAHER MUOIO
*State Treasurer*

MICHAEL D. SMITH
*Acting Director*

609-292-8219
August 23, 2022

CHARLENE GARLIC
1148 GLASSBORO RD.
WILLIAMSTOWN, NJ   08094

    Claim No: 21-0001-0006985-00000
    Claimant: CHARLENE GARLIC
         D/A: June  2, 2021

To Whom It May Concern:

We acknowledge receipt of your correspondence which was received in this office.

A review of your notice indicates quite clearly that the claim is against a local public entity and does not involve the State of New Jersey or any of its agencies.

There is no need to put the Attorney General on notice relative to this claim or correspond with this office.

The only time the State of New Jersey or the Attorney General's office is involved in claims under the New Jersey Tort Claims Act is when a claim is being made against the State, one of its agencies or a State employee.

It is suggested that you refer your claim immediately, if you have not already done so, to the local entity which has the jurisdiction at the site of your incident.

                    Sincerely,

                    GENERAL LIABILITY SECTION


                    Terrance Little
                    Claims Investigator 4

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

RECEIVED

MAY 2 2 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

My entire life has been changed by these horrific events that took place.

On June 2nd 2021 I was removed from my home by a mental health agency (Ascend) per a call from Senator Fred Madden office saying I was going to hang myself. If I did not get my pandemic unemployment The Monroe twp. Police also told the mental health agency that I pulled a GUN on my neighbor on several occasions. There are no police reports nor was I ever arrested No 911 Call as This never happened nothing even close. This was done Viciously with Malice Intent.

The mental health Facility acted without merit or proof that I harmed anyone or myself the false Imprisonment has devastated my trust in anyone. The police dept knew this was Not true at all the Hate that has been displayed is unlawful The conspiracy that was used to try and have me committed was just Vicious .I am a afro American Female I feel this was ethic Intimidation if I were a Caucasian in my neighborhood this would have Never happen The False reports were Never investigated Just excepted I have been threatened and intimidated by the police dept as Now it is know that they just lied and got caught. I can not call the police if I need them as their reports are continuously False.

I am currently a licensed professional and always have been with no criminal history or drug and alcohol abuse as reported see exhibit A the law would require that I lose my license for such an offence. Jefferson hospital employees laughed and made fun of me hanging my self also had a Dr to lie and say I told her I was going to hang myself Not true, and I have proof this did Not happen. After being Transferred out of the county with my service dog. The truth was discovered as the first hospital neglected to Investigate.

After speaking with a team of Drs who investigated I was released as the police dept had to tell them there was No such incident the police dept after knowing their false reports did Not work Still came after me with a warrant to take my Licensed weapons again threatening my freedom. See exhibit B This same police dept has chosen to investigate them self's as I had filed with the county prosecutor's office and somehow it was given back to the corrupt. The three days of my life can Not be given back to me the defamation of my character is an understatement Please allow my case to be heard by a Jury.

Count one

Defamation Of character

Count Two

Violation of Civil Rights

Count Three

Malicious Intent

Count four

Abuse of power

Count Five

Mental Abuse

Count Six

Vicious Malice Intent

Count Seven

False Police reports

Count eight

Ethnic Intimation

Count Nine

Ethnic Bias

Count Ten

Unlawful Captive

Count Eleven

Kidnapping

Count twelve

False Reports to hold Captive.

Count Thirteen

CONSPISORY

Count fourteen

False Imprisonment

Count Fifteen

Fraud